**Arnold Benson CLARKE,
Plaintiff–Appellant,**

v.

**E.I. DUPONT DeNEMOURS & CO.
INC., Defendant–Appellee.**

No. 12–2403.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 28, 2013.

Arnold Benson Clarke, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Benson Clarke appeals the district court's orders denying his complaint and amended complaint alleging claims of breach of contract, patent infringement, fraud, conspiracy, and racial discrimination under 42 U.S.C. § 1981 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clarke v. E.I. Dupont DeNemours,* No. 3:12–cv–00711–JAG (E.D. Va. Oct. 22 & Nov. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*